# EXHIBIT 1
## TO COMPLAINT

**REDACTED**