# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RW DBA RHM, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," <br><br> Defendants. | No. 24-cv-01289 <br><br> Judge John Robert Blakey <br> Magistrate Judge Sunil R. Harjani |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, March 6, 2024, at 11:00 AM, the undersigned will appear before the Honorable Judge John Robert Blakey, or any judge sitting in his stead, in Courtroom 1203 of the Dirksen Federal Building, or such other place and time as the Court directs, and then and there present Plaintiff's Motion to Extend Temporary Restraining Order.

Dated: February 26, 2024

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Patrycia Piaskowski (IL Bar No. 6346239)
Ying Chen (IL Bar No. 6243206)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com