# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

RW DBA RHM, et al.

                              Plaintiff,

v.

                              Case No.: 1:24−cv−01289

                              Honorable John Robert Blakey

The Partnerships and Unincorporated Associations Identified in Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 1, 2024:

      MINUTE entry before the Honorable John Robert Blakey:The Court grants Plaintiff's motion [17] to extend the temporary restraining order entered 2/20/24 [15] and strikes the 3/6/24 Notice of Motion date. The Court finds that good cause exists to extend the temporary restraining order, and the order is hereby extended an additional fourteen days, to 3/19/24. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.