IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RW DBA RHM<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 24-cv-01289<br><br>Hon. Judge John Robert Blakey |

DECLARATION OF SERVICE

I, William Eskridge, of Chicago, Illinois, declare and state:

1) I am a Paralegal employed by the law firm representing Plaintiff, RW DBA RHM ("RW DBA RHM" or "Plaintiff") in this litigation. I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2) This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and/or by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

3) On February 29, 2024, I sent an e-mail containing a copy of the Summons, Minute Order, Complaint and, Temporary Restraining Order ("TRO"), to the e-mail address provided by third party e-commerce platforms as being related to the defendants and listed on Schedule A to the TRO.

4) On or before February 29, 2024 I electronically published the Complaint, TRO, Summons, Minute Order by uploading the same to a secure folder on Dropbox.com and sharing a link to the folder to the email addresses described in Paragraph 3.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2024 /s/ William Eskridge
William Eskridge
Paralegal