**EXHIBIT 1**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 69 | Goodecor | A10EREV4HD15AB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10EREV4HD15AB |
| 70 | XGHuaua | A11BVLDR25IY4O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11BVLDR25IY4O |
| 71 | MU Hustle Network | A11STB84WW72OB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11STB84WW72OB |
| 72 | SAINGACEÔºà7-15 Days DeliveryÔºâ | A13AM3NT30UQQF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13AM3NT30UQQF |
| 73 | pageya | A13XXE5N0GDSAO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13XXE5N0GDSAO |
| 74 | AmyhiII | A15EEWJNURANKJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15EEWJNURANKJ |
| 75 | xinlufia | A15NYF5WCR5H20 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15NYF5WCR5H20 |
| 76 | zhengqian,Ltd | A181WV7UEIRNL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A181WV7UEIRNL |
| 77 | HDFHJK | A1AZ8S6M2B21OR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1AZ8S6M2B21OR |
| 78 | USA LAINI | A1D1XPMM8LV363 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1D1XPMM8LV363 |
| 79 | Chen JiaLe | A1DW2ZG8BC2B5V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DW2ZG8BC2B5V |
| 80 | McKellogg | A1DZJ9WD3OUDI0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DZJ9WD3OUDI0 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 81 | taikula | A1FEOPQ2T1CISE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FEOPQ2T1CISE |
| 82 | FFTNBN | A1G2BANSLH7NWA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1G2BANSLH7NWA |
| 83 | DMSUS | A1ILD91E748HP5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ILD91E748HP5 |
| 84 | customized rejoice | A1LUUR8NCEM45F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LUUR8NCEM45F |
| 85 | US-in-Stock 3-7Days Ship | A1MY6IN8MG9259 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1MY6IN8MG9259 |
| 86 | Wmool | A1OLNA1268A8FV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OLNA1268A8FV |
| 87 | DoUyImy | A1QNGH8H0V2YBY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QNGH8H0V2YBY |
| 88 | shuangYuw | A1RSBKTOXS714S | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1RSBKTOXS714S |
| 89 | babyHUIH | A1SS48S1QGUAM8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SS48S1QGUAM8 |
| 90 | DKMMYI | A1T1ICW8PTLIV1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1T1ICW8PTLIV1 |
| 91 | Yancl | A1USOW3OAHHW9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1USOW3OAHHW9 |
| 92 | carrow | A1UWC93UGQXUQU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UWC93UGQXUQU |
| 93 | rzgoldenkey | A1UWOXYBB36AO7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UWOXYBB36AO7 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 94 | Happypeng | A1XG0RXDKMAFKX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1XG0RXDKMAFKX |
| 95 | Song zhenxing | A1YN29QMX61PK2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YN29QMX61PK2 |
| 96 | shumeishangmao | A1ZF13YHBW0EFO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ZF13YHBW0EFO |
| 97 | Liu Junhao | A2031GHBY9CCAU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2031GHBY9CCAU |
| 98 | guoyangxianyijiashangmaoyouxiangongsi | A20L7SDVYR0DLD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A20L7SDVYR0DLD |
| 99 | Liu Zhipeng | A22EE16L2VMBNE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22EE16L2VMBNE |
| 100 | Mi-us | A23BDSYRCJ1MFO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23BDSYRCJ1MFO |
| 101 | shanxiyouyijing | A291T3ZHB4I0PQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A291T3ZHB4I0PQ |
| 102 | Yanchuang Trading | A29C7BV6CWYI5H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29C7BV6CWYI5H |
| 103 | AXNUO | A29GG13ATJTQ1M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29GG13ATJTQ1M |
| 104 | IPQYIHF US (Fast Delivery 7 - 15 Days) | A2CD8G305L43WQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2CD8G305L43WQ |
| 105 | oceanmapsa | A2HBV4LLLWN3NO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HBV4LLLWN3NO |
| 106 | RaiJun | A2IFHBMELMMQPW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IFHBMELMMQPW |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 107 | SANCUI | A2K6J5CE06DNKP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2K6J5CE06DNKP |
| 108 | AiErxinfushangmao | A2MOJML682WXFO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MOJML682WXFO |
| 109 | Linxueyi | A2NKH967JE0R1C | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NKH967JE0R1C |
| 110 | NILSTOREYDirect | A2NL88KBMEV60F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NL88KBMEV60F |
| 111 | kemeely | A2SKN31XB9REOQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2SKN31XB9REOQ |
| 112 | ShanXiRuiKeHe | A2UNZW76P6QDOY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UNZW76P6QDOY |
| 113 | shengxikeji | A2VCME2874WL4U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2VCME2874WL4U |
| 114 | YILINER | A2W2XK844RROZK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2W2XK844RROZK |
| 115 | Limbot | A2WRK7N414N77D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WRK7N414N77D |
| 116 | DUHKHAS-US | A2WVLEVKULEXF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WVLEVKULEXF |
| 117 | quyangxianchangqingshicaiLtd | A30P0IW3ZVDPRK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A30P0IW3ZVDPRK |
| 118 | CETUOBAI | A325BHUQWRVE1X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A325BHUQWRVE1X |
| 119 | ZHAONIU | A32CKWKG3AUFXM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32CKWKG3AUFXM |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 120 | Happaiersouty | A32I4K406TCWNY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32I4K406TCWNY |
| 121 | W-LOVE | A32SHKN76U4JDD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32SHKN76U4JDD |
| 122 | angwang | A36Y5VYYY8TJDC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36Y5VYYY8TJDC |
| 124 | nuoyisiq | A395DUGLEODUO9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A395DUGLEODUO9 |
| 125 | MIJXIANG | A39RLTOLGZOC52 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39RLTOLGZOC52 |
| 126 | KITITY | A39STGZOIITSC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39STGZOIITSC |
| 127 | Z S J | A3D92FEJBVIIM2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3D92FEJBVIIM2 |
| 128 | Macaronsparty | A3ESJ9JKO7A9MO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3ESJ9JKO7A9MO |
| 129 | ShangHaiOuLi | A3IQFMZVLKZJC2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3IQFMZVLKZJC2 |
| 130 | YES.YM | A3JBIOPRZ8COKF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JBIOPRZ8COKF |
| 131 | Dft | A3KTH0XK41Y4BM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3KTH0XK41Y4BM |
| 132 | GuanShuoWangLuo | A3OLUAHFWLO38T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OLUAHFWLO38T |
| 133 | CAKEASY | A3P38N3JFRD8WF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3P38N3JFRD8WF |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 134 | narratorbook | A3RNCR24D1WNBF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RNCR24D1WNBF |
| 135 | WEIXIxinxi | A3RQKOA3GZ0DUD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RQKOA3GZ0DUD |
| 136 | qinxuas | A3T509O10GYI7G | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3T509O10GYI7G |
| 137 | zhenglian_fu | A3TCQ52LEHEIG7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TCQ52LEHEIG7 |
| 138 | benbigbee | A3V82KA8J6T0AU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3V82KA8J6T0AU |
| 139 | lanhanshangmao | A3VG7FH77H8W2E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VG7FH77H8W2E |
| 140 | ioaz32c | A4R6MQZ0J2XCO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4R6MQZ0J2XCO |
| 141 | US 7-15Days Delivery | A5E83KD4KRJ41 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5E83KD4KRJ41 |
| 142 | Meineus | A5P2ULBGL0QBV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5P2ULBGL0QBV |
| 143 | siyue trading | A6IZSNYKD7BTF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6IZSNYKD7BTF |
| 144 | Feinindei | A6LQF31K94WX8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6LQF31K94WX8 |
| 145 | SXhyf Store | A7OHW3MS0DZMM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A7OHW3MS0DZMM |
| 146 | Uscallm | AA0D7YM79MIC5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AA0D7YM79MIC5 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 147 | Huhudde | AAZGHKXQSSGG9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AAZGHKXQSSGG9 |
| 148 | Blaed | ABKAULDDI0UOP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ABKAULDDI0UOP |
| 149 | WOHSAO | ACAT1J3O38BW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACAT1J3O38BW |
| 150 | Kangsun | ACRUAITM9567E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACRUAITM9567E |
| 151 | JHEia | AD2ZJCUS9XU89 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AD2ZJCUS9XU89 |
| 152 | RY-CAN | AEZ9Y16KGTYGS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AEZ9Y16KGTYGS |
| 153 | zzaqy | AFFUOT38KORP1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AFFUOT38KORP1 |
| 154 | Suchkeit US | AIFTNECVZQ5JH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AIFTNECVZQ5JH |
| 155 | ForHe | AIIJNJLW82D2E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AIIJNJLW82D2E |
| 156 | ZGEiuocka | AKXDARJQIR2M8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKXDARJQIR2M8 |
| 157 | TOPUUTP | ANJ7NVWZX4DL4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANJ7NVWZX4DL4 |
| 158 | pulunto | ANNBXHHYGR3D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANNBXHHYGR3D |
| 159 | yuechangtong | AOEBIHAJAJXXR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOEBIHAJAJXXR |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 160 | Zhang Chunxiang | AS2NI956QI8BW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AS2NI956QI8BW |
| 161 | xintaishixiangcheshijiaqichezhuangjuzhongxin | ASENHGZJ10SF9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASENHGZJ10SF9 |
| 162 | BQBQOER | ASOUQ71HAWF9R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASOUQ71HAWF9R |
| 163 | ZYQYCH(7-15 days deliveryÔºâ | AT6MVXBWU27AY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AT6MVXBWU27AY |
| 164 | GGBDNP-US | AX3G9HD3RKRDD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AX3G9HD3RKRDD |
| 165 | CHENBAY | AXFCFG7P98MJ6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXFCFG7P98MJ6 |
| 166 | YONGQIlay | AYUK9P9TB8XVV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYUK9P9TB8XVV |
| 167 | KuCharm | AZDYLY4M408M0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZDYLY4M408M0 |
| 168 | Heyang Industrial Co., Ltd | Heyang-Industrial | https://cjdropshipping.com/product/fashion-personalized-car-cowboy-hat-bracket-p-1676137976058880000.html |
| 169 | sofuza | 21635275 | https://www.dhgate.com/store/21635275 |
| 170 | frasierleen | 21810729 | https://www.dhgate.com/store/21810729 |
| 171 | ABX official store | abxofficialstore | https://www.ebay.com/str/abxofficialstore, https://www.ebay.com/usr/abxofficialstore |
| 172 | ad-4251 | ad4251 | https://www.ebay.com/str/ad4251 |
| 173 | ai hui wang User IDcaptivate | aihuiwanguseridcaptivate | https://www.ebay.com/str/aihuiwanguseridcaptivate |
| 174 | APP9916 | app9916 | https://www.ebay.com/usr/app9916 |
| 175 | auto-parts1166 | auto-parts1166 | https://www.ebay.com/usr/auto-parts1166 |
| 176 | auto-roofish | auto-roofish | https://www.ebay.com/usr/auto-roofish |
| 177 | auto-runbow | auto-runbow | https://www.ebay.com/usr/auto-runbow |
| 178 | auto-centre-us1 | autocentreus1 | https://www.ebay.com/str/autocentreus1 |
| 179 | automobile-parts_16 | automobileparts16 | https://www.ebay.com/str/automobileparts16 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 180 | auto-parts005 | autoparts005 | https://www.ebay.com/str/autoparts005, https://www.ebay.com/usr/autoparts005 |
| 181 | autoparts1011 | autoparts1011 | https://www.ebay.com/usr/autoparts1011 |
| 182 | auto-smoothly | autosmoothly | https://www.ebay.com/str/autosmoothly |
| 183 | King-auto001 | boca7082 | https://www.ebay.com/str/boca7082, https://www.ebay.com/usr/boca7082 |
| 184 | breadpian | breadpian | https://www.ebay.com/usr/breadpian |
| 185 | business-sellers66 | business-sellers66 | https://www.ebay.com/usr/business-sellers66 |
| 186 | Businessusing | businessusing | https://www.ebay.com/usr/businessusing |
| 187 | sz_motor-parts | carmotorpartshome | https://www.ebay.com/str/carmotorpartshome |
| 188 | celinlkeoder | celinlkeoder | https://www.ebay.com/usr/celinlkeoder |
| 189 | claudia8436 | claudia8436 | https://www.ebay.com/usr/claudia8436 |
| 190 | co-793635 | co-793635 | https://www.ebay.com/usr/co-793635 |
| 191 | COOLBOX | coolbox | https://www.ebay.com/usr/coolbox |
| 192 | easybuy_dkc | easybuy_dkc | https://www.ebay.com/usr/easybuy_dkc |
| 193 | emorysta-87 | emorysta-87 | https://www.ebay.com/usr/emorysta-87 |
| 194 | Excellentparts88 Shop | excellentparts88shop | https://www.ebay.com/str/excellentparts88shop |
| 195 | firepowerb | firepowerb | https://www.ebay.com/usr/firepowerb |
| 196 | flamestrus01 | flamestrus01 | https://www.ebay.com/usr/flamestrus01 |
| 197 | futokparts | futokparts | https://www.ebay.com/usr/futokparts |
| 198 | gabswy0 | gabswy0 | https://www.ebay.com/usr/gabswy0 |
| 200 | gezhendong10 | gezhendong10 | https://www.ebay.com/usr/gezhendong10 |
| 201 | healthyumi | healthyumi | https://www.ebay.com/usr/healthyumi |
| 202 | Hot Autoparts Home | hotautopartshome | https://www.ebay.com/str/hotautopartshome |
| 203 | hw-228 | hw228 | https://www.ebay.com/str/hw228 |
| 204 | HWshopS | hwshops | https://www.ebay.com/str/hwshops |
| 205 | jarexmcm | jarexmcm | https://www.ebay.com/usr/jarexmcm |
| 206 | jasleny | jasleny | https://www.ebay.com/usr/jasleny |
| 207 | jerryrenjie | jerryrenjie | https://www.ebay.com/usr/jerryrenjie |
| 208 | jingmeida | jingmeida | https://www.ebay.com/usr/jingmeida |
| 209 | jumj123 | jumj123 | https://www.ebay.com/usr/jumj123 |
| 210 | luobo-e | kaixinguo1 | https://www.ebay.com/str/kaixinguo1 |
| 211 | kiwi4fruit0 | kiwi4fruit0 | https://www.ebay.com/usr/kiwi4fruit0 |
| 212 | kunjiadaren | kunjiadaren | https://www.ebay.com/usr/kunjiadaren |
| 214 | lideer87 | lideer87 | https://www.ebay.com/usr/lideer87 |
| 215 | linru5145 | linru5145 | https://www.ebay.com/usr/linru5145 |
| 216 | AYTCRNO | luckyusstore | https://www.ebay.com/usr/luckyusstore, https://www.ebay.com/str/luckyusstore |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 217 | manhuayuanmu | manhuayuanmu | https://www.ebay.com/usr/manhuayuanmu |
| 218 | MIHAIZ | mihai2302 | https://www.ebay.com/str/mihai2302 |
| 219 | mikayl_15 | mikayl_15 | https://www.ebay.com/usr/mikayl_15 |
| 220 | mimoly-6 | mimoly6 | https://www.ebay.com/str/mimoly6 |
| 221 | NEWMMD | newmmd | https://www.ebay.com/usr/newmmd |
| 222 | onlybefore | onlybefore | https://www.ebay.com/usr/onlybefore |
| 223 | PAKLORDE | paklorde | https://www.ebay.com/usr/paklorde |
| 224 | PAKROMAN | pakroman | https://www.ebay.com/usr/pakroman |
| 225 | qimopei2023 | qimopei2023 | https://www.ebay.com/usr/qimopei2023 |
| 226 | rongxinzi88 | rongxinzi88 | https://www.ebay.com/usr/rongxinzi88 |
| 227 | SAMSMALL | samsmall | https://www.ebay.com/usr/samsmall |
| 228 | snatchede | snatchede | https://www.ebay.com/usr/snatchede |
| 229 | suw-012 | suw012 | https://www.ebay.com/str/suw012 |
| 230 | sweetteam | sweetteam | https://www.ebay.com/usr/sweetteam |
| 231 | SWONFINE | swonfine | https://www.ebay.com/str/swonfine |
| 232 | tenflyer888 | tenflyer888 | https://www.ebay.com/usr/tenflyer888 |
| 233 | thrys-96 | thrys-96 | https://www.ebay.com/usr/thrys-96 |
| 234 | tougon47 | tougon47 | https://www.ebay.com/usr/tougon47 |
| 235 | uion9ship | uion9ship | https://www.ebay.com/usr/uion9ship |
| 236 | UKEverything4sell | ukeverything4sell | https://www.ebay.com/str/ukeverything4sell |
| 237 | unit-motorpart | unitmotorpart | https://www.ebay.com/str/unitmotorpart |
| 238 | US-motorcycle-shop | usmotorcycleshop | https://www.ebay.com/str/usmotorcycleshop |
| 239 | valink777 | valink777 | https://www.ebay.com/usr/valink777 |
| 240 | vogueparts | vogueparts | https://www.ebay.com/usr/vogueparts |
| 241 | waku42 | waku42 | https://www.ebay.com/usr/waku42 |
| 242 | wannabe | wannabe | https://www.ebay.com/usr/wannabe |
| 243 | wishes50 | wishes50 | https://www.ebay.com/usr/wishes50 |
| 244 | wobuyao | wobuyao | https://www.ebay.com/usr/wobuyao |
| 245 | len-parts | x1autoparts06 | https://www.ebay.com/str/x1autoparts06 |
| 246 | xianggufeiniu | xianggufeiniu | https://www.ebay.com/usr/xianggufeiniu |
| 247 | yotan_auto | yotanauto | https://www.ebay.com/str/yotanauto |
| 248 | luckystore-us01 | zhangsuf19 | https://www.ebay.com/str/zhangsuf19 |
| 249 | zhigang01 | zhigang01 | https://www.ebay.com/usr/zhigang01 |
| 250 | Haogang Auto Parts | 4976227238 | https://us.shein.com/store/home?store_code=4976227238 |
| 251 | BEST GIFT CABIN | 3.0675E+11 | https://www.temu.com/m-306749695145.html |
| 252 | HTTAN Daily | 4.84483E+12 | https://www.temu.com/m-4844830285424.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 253 | FCY | 4.85589E+12 | https://www.temu.com/m-4855889787535.html |
| 254 | UOOU | 4.86849E+12 | https://www.temu.com/m-4868490721873.html |
| 255 | Ccrafts | 5.88799E+12 | https://www.temu.com/m-5887994991641.html |
| 256 | Svemore | 6.34418E+14 | https://www.temu.com/m-634418210749531.html |
| 257 | Cozy time | 101044621 | https://www.walmart.com/reviews/seller/101044621 |
| 258 | Techonline | 101044623 | https://www.walmart.com/reviews/seller/101044623 |
| 259 | Ainiiwode | 101090719 | https://www.walmart.com/reviews/seller/101090719 |
| 260 | maggreat | 101093674 | https://www.walmart.com/reviews/seller/101093674 |
| 261 | Runke Suppy Co,ltd | 101176636 | https://www.walmart.com/reviews/seller/101176636 |
| 262 | Yomiee HOME&OUTDOORS | 101188102 | https://www.walmart.com/reviews/seller/101188102 |
| 263 | Chruvq | 101191931 | https://www.walmart.com/reviews/seller/101191931 |
| 264 | PRINxy | 101196357 | https://www.walmart.com/reviews/seller/101196357 |
| 265 | milkywhite | 101198684 | https://www.walmart.com/reviews/seller/101198684 |
| 266 | Qili Digital | 101198750 | https://www.walmart.com/reviews/seller/101198750 |
| 267 | BETTER LIFE | 101204431 | https://www.walmart.com/reviews/seller/101204431 |
| 268 | Super Shop Co.Ltd | 101205765 | https://www.walmart.com/reviews/seller/101205765 |
| 269 | LN Technology | 101207511 | https://www.walmart.com/reviews/seller/101207511 |
| 270 | Tamia | 101215503 | https://www.walmart.com/reviews/seller/101215503 |
| 271 | big weekend | 101223618 | https://www.walmart.com/reviews/seller/101223618 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 272 | candyfly | 101225313 | https://www.walmart.com/reviews/seller/101225313 |
| 273 | pobbo | 101225330 | https://www.walmart.com/reviews/seller/101225330 |
| 274 | XT Co., Ltd. | 101225372 | https://www.walmart.com/reviews/seller/101225372 |
| 275 | daisoug | 101227175 | https://www.walmart.com/reviews/seller/101227175 |
| 276 | Better Funiture Co. Ltd. | 101229147 | https://www.walmart.com/reviews/seller/101229147 |
| 277 | Eleonora Department stores | 101229939 | https://www.walmart.com/reviews/seller/101229939 |
| 278 | fashionstyle | 101230749 | https://www.walmart.com/reviews/seller/101230749 |
| 279 | acelit | 101240020 | https://www.walmart.com/reviews/seller/101240020 |
| 280 | Riches | 101241656 | https://www.walmart.com/reviews/seller/101241656 |
| 281 | luosa | 101248987 | https://www.walmart.com/reviews/seller/101248987 |
| 282 | COFEST | 101249819 | https://www.walmart.com/reviews/seller/101249819 |
| 283 | BrightBuy.HOME | 101253997 | https://www.walmart.com/reviews/seller/101253997 |
| 284 | slhenay | 101266244 | https://www.walmart.com/reviews/seller/101266244 |
| 285 | zi yu liu | 101279502 | https://www.walmart.com/reviews/seller/101279502 |
| 286 | Dsseng Co., Ltd | 101279537 | https://www.walmart.com/reviews/seller/101279537 |
| 287 | cheer qi | 101284586 | https://www.walmart.com/reviews/seller/101284586 |
| 288 | Damanrui DianZishangWu Co.,Ltd | 101285268 | https://www.walmart.com/reviews/seller/101285268 |
| 289 | Mystic | 101285353 | https://www.walmart.com/reviews/seller/101285353 |
| 290 | Hezhuoli Trading Co., Ltd. | 101289628 | https://www.walmart.com/reviews/seller/101289628 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 291 | YIDUMKC01 | 101290192 | https://www.walmart.com/reviews/seller/101290192 |
| 292 | tu jue hu | 101294856 | https://www.walmart.com/reviews/seller/101294856 |
| 293 | kai le jue | 101295084 | https://www.walmart.com/reviews/seller/101295084 |
| 294 | Supermarket | 101295748 | https://www.walmart.com/reviews/seller/101295748 |
| 295 | jue ru gan shang mao | 101296572 | https://www.walmart.com/reviews/seller/101296572 |
| 296 | ting lai ha Trading Co., Ltd. | 101307115 | https://www.walmart.com/reviews/seller/101307115 |
| 297 | ju mo zha | 101334473 | https://www.walmart.com/reviews/seller/101334473 |
| 298 | Chenguan Co., Ltd | 101335485 | https://www.walmart.com/reviews/seller/101335485 |
| 299 | Daiosportswear | 101346451 | https://www.walmart.com/reviews/seller/101346451 |
| 300 | Realhomelove | 101356196 | https://www.walmart.com/reviews/seller/101356196 |
| 301 | KQJQS | 101468563 | https://www.walmart.com/reviews/seller/101468563 |
| 302 | Smashing Group | 101471293 | https://www.walmart.com/reviews/seller/101471293 |
| 303 | Grocery store Inc | 101490567 | https://www.walmart.com/reviews/seller/101490567 |
| 304 | MOVERV Co.Ltd | 101497305 | https://www.walmart.com/reviews/seller/101497305 |
| 305 | Charming Shop | 101523277 | https://www.walmart.com/reviews/seller/101523277 |
| 306 | jebolis | 572b1ad3beaa71592dd5368e | https://www.wish.com/merchant/572b1ad3beaa71592dd5368e |
| 307 | brookeschiffino | 582b2e550e98df1b6b4297e1 | https://www.wish.com/merchant/582b2e550e98df1b6b4297e1 |
| 308 | idealhereqq | 58a51e935779380eeca8bf6b | https://www.wish.com/merchant/58a51e935779380eeca8bf6b |
| 309 | FDFKSM | 5a43309ddb0e420f107912d8 | https://www.wish.com/merchant/5a43309ddb0e420f107912d8 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 310 | wangfang123456 | 5d4ecfb87edfad50390a65dc | https://www.wish.com/merchant/5d4ecfb87edfad50390a65dc |
| 311 | Shenzhen green Wo trading Co., LTD | 7326 | https://www.walmart.com/seller/18988 |
| 312 | Hefei Hedong electronic commerce Co., LTD | 8063 | https://www.walmart.com/seller/18988 |
| 313 | Hefei Hedong electronic commerce Co., LTD | seller3-18988 | https://www.walmart.com/seller/18988 |
| 314 | Hefei Hedong electronic commerce Co., LTD | seller4-18988 | https://www.walmart.com/seller/18988 |
| 315 | Guangzhou City union trade Co., LTD | 10102 | https://www.walmart.com/seller/18988 |
| 316 | Guangzhou City union trade Co., LTD | seller6-18988 | https://www.walmart.com/seller/18988 |
| 317 | Shenzhen Yingchi Supply chain Management Co., LTD | 11197 | https://www.walmart.com/seller/18988 |
| 318 | Shenzhen Yingchi Supply chain Management Co., LTD | seller8-18988 | https://www.walmart.com/seller/18988 |
| 319 | Guangzhou City union trade Co., LTD | seller9-18988 | https://www.walmart.com/seller/18988 |
| 320 | Shenzhen Liping e-commerce Co., LTD | 10828 | https://www.walmart.com/seller/18988 |