IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RW DBA RHM,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>　　　　　　　　Defendants. | Case No. 24-cv-01289<br><br>Judge John Robert Blakey<br>Magistrate Judge Sunil R. Harjani |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff RW DBA RHM, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendant(s)

| Merchant Name | Def. No. |
|---|---|
| AiErxinfushangmao | 108 |
| DUHKHAS-US | 116 |
| siyue trading | 143 |
| Eleonora Department stores | 277 |
| Yomiee HOME&OUTDOORS | 262 |
| PRINxy | 264 |
| Daiosportswear | 299 |

(collectively, "Settling Defendants") with prejudice. Plaintiff is dismissing Settling Defendants because it has reached full settlement with them, the terms of which have been satisfied.

Settling defendants have neither filed an answer to the complaint nor otherwise plead. Dismissal under Rule 41(a)(1) is therefore appropriate.

1

Dated: March 25, 2024                    Respectfully submitted,

                                                              RW DBA RHM

                                                              By: /s/ James E. Judge

                                                              Zareefa B. Flener (IL Bar No. 6281397)
                                                              James E. Judge (IL Bar No. 6243206)
                                                              Patrycia Piaskowski (IL Bar No. 6346239)
                                                              Flener IP Law, LLC
                                                              77 West Washington Street, Suite 800
                                                              Chicago, Illinois 60602
                                                              jjudge@fleneriplaw.com
                                                              (312) 724-8874