# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RW DBA RHM,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 24-cv-01289<br><br>Judge John Robert Blakey<br>Magistrate Judge Sunil R. Harjani |

## MOTION TO WITHDRAW FROM CASE

Pursuant to Local Rule 83.17, Patrycia Piaskowski, Counsel for Plaintiff RW DBA RHM, respectfully requests entry of an order permitting her to withdraw from the above-captioned case. Counsel Piaskowski has resigned from the firm of record effective April 12, 2024, and will be employed at a different firm in a different area of the law effective April 15, 2024. Plaintiff has three additional Counsels of Record in this case: Zareefa B. Flener, James E. Judge, and Ying Chen. Accordingly, Counsel Piaskowski requests entry of an order permitting her to withdraw from the case.

Dated: March 27, 2024

Respectfully submitted,

/s/ Patrycia Piaskowski

Patrycia Piaskowski (IL Bar No. 6346239)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
patrycia@fleneriplaw.com
(312) 724-8874